IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HADDRICK BYRD,** | : | Civil No. 1:19-CV-59 |
| **Plaintiff,** | : | |
| v. | : | |
| **SUPERINTENDENT BRITTAIN, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## O R D E R

For the reasons outlined in the accompanying memorandum, the court shall **GRANT** the motion to dismiss in part, dismissing all of Plaintiff's claims other than his First Amendment freedom of expression claim against Defendants C/O Chandler, Lieutenant Comisac, Superintendent Brittain, and Chief Grievance Officer Dorina Varner. Plaintiff will also be permitted to pursue both injunctive relief and damages against those defendants. Plaintiff's retaliation claim is **DISMISSED WITH LEAVE TO REPLEAD**, if he so chooses, **WITHIN TWENTY-ONE DAYS** of entry of this order. Plaintiff's Eighth Amendment claim, and his claims against all other defendants, are **DISMISSED WITH LEAVE TO FILE AS PART OF A SEPARATE LAWSUIT**.

*/s/ Sylvia H. Rambo*
Judge Sylvia H. Rambo
United States District Judge

Date: January 15, 2020