IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HADDRICK BYRD,** | : | Civil No. 1:19-CV-00059 |
| **Plaintiff,** | : | |
| v. | : | |
| **SUPERINTENDENT BRITTAIN, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, in accordance with the Court's accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Plaintiff's objections to the report and recommendation of the magistrate judge (Doc. 49) are **OVERRULED**;

2. The report and recommendation of the magistrate judge (Doc. 48) is **ADOPTED** in its entirety;

3. Defendants' motion for summary judgment (Doc. 39) is **GRANTED**; and

4. The Clerk of Court is **DIRECTED** to close this case.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: March 31, 2021